

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00147-CV

---

IN THE INTEREST OF D.P. AND D.D.P., CHILDREN

---

On Appeal from the County Court at Law No. 2
Lubbock County, Texas
Trial Court No. 97560546, Honorable Meg Jordan, Associate Judge Presiding

---

August 5, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, L.D.P, appearing pro se, appeals from the trial court's *Order in Suit for Modification of Support Order and to Confirm Support Arrearage*. The associate judge signed the order on October 7, 2019.[1] As no post-judgment motions or requests were filed, a notice of appeal was due within thirty days after the order was signed, by November 6, 2019. TEX. R. APP. P. 26.1(a). Appellant filed a notice of appeal on June 26, 2020.

---

[1] No request for de novo hearing was filed. Therefore, the associate judge's order became the order of the referring court by operation of law without ratification on October 7, 2019. *See* TEX. FAM. CODE ANN. § 201.1041(a) (West 2014).

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of July 8, 2020, we notified L.D.P. that his notice of appeal appeared untimely and directed him to file a response by July 22 showing grounds for continuing the appeal or the appeal would be dismissed for want of jurisdiction. L.D.P. filed a response but failed to demonstrate grounds for continuing the appeal.

Accordingly, we dismiss the purported appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam